# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kuntz, William F. | Eastern District of New York | 03/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
225 Cadman Plaza East
6th Floor North
Brooklyn, New York 11201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 03/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Department of Veterans Affairs, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 03/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kuntz, William F.** | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. Fidelity Government Cash Reserves (FDRXX) | B | Int./Div. | N | T | | | | | |
| 3. Fidelity Growth & Income Retirement Fund (FGRIX) | E | Dividend | P1 | T | | | | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. UBS Bank USA Deposit Account APY (cash) | B | Interest | N | T | | | | | |
| 6. UBS AG Deposit Account APY (cash) | A | Interest | | | Closed | 10/15/19 | K | | |
| 7. Abbott Laboratories, Inc. (ABT) | B | Dividend | L | T | | | | | |
| 8. Abbvie Inc. (ABBV) | B | Dividend | | | Sold | 02/14/19 | L | F | |
| 9. Aflac Inc. (AFL) | B | Dividend | L | T | | | | | |
| 10. Air Products and Chemicals Inc. (APD) | B | Dividend | L | T | | | | | |
| 11. Akamai Technologies Inc. (AKAM) | | None | J | T | | | | | |
| 12. Alphabet Inc. Cl. C (GOOG) | | None | J | T | | | | | |
| 13. Amazon.com Inc. (AMZN) | | None | K | T | | | | | |
| 14. American Express Co. (AXP) | B | Dividend | M | T | Sold (part) | 06/21/19 | J | D | |
| 15. American Tower Corp REIT (AMT) | A | Dividend | K | T | | | | | |
| 16. Anheuser-Busch Inbev Spons ADR (BUD) | A | Dividend | K | T | | | | | |
| 17. Ansys Inc. (ANSS) | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Aqua Amer Inc. (WTR) | B | Dividend | L | T | | | | | |
| 19. Automatic Data Processing Inc. (ADP) | C | Dividend | M | T | Sold<br>(part) | 03/26/19 | K | E | |
| 20. Bank United, Inc. (BKU) | A | Dividend | J | T | | | | | |
| 21. Baxter Intl Inc (BAX) | A | Dividend | | | Buy | 02/14/19 | L | | |
| 22. | | | | | Sold | 11/20/19 | M | D | |
| 23. BECKTON DICKENSON & CO. (BDX) | A | Dividend | | | Sold | 06/21/19 | K | B | |
| 24. Berkshire Hathaway Inc. New Class B (BRK.B) | | None | M | T | | | | | |
| 25. Brinker International Inc. (EAT) | A | Dividend | | | Sold | 05/01/19 | K | E | |
| 26. Bristol Myers Squibb Co. (BMY) | B | Dividend | M | T | | | | | |
| 27. CDK Global Inc. Com. (CDK) | A | Dividend | K | T | | | | | |
| 28. Celgene Corp (CELG) | | None | | | Merged<br>(with line 26) | 11/20/19 | J | D | |
| 29. Charter Communications Inc. New Cl A (CHTR) | | None | K | T | | | | | |
| 30. Chevron Corp. (CVX) | C | Dividend | L | T | | | | | |
| 31. Cigna Corp (CI) | A | Dividend | J | T | | | | | |
| 32. Coca-Cola Co. Com. (CMCSA) | B | Dividend | L | T | | | | | |
| 33. Colgate Palmolive Co (CL) | A | Dividend | K | T | Buy | 05/01/19 | K | | |
| 34. Comcast Corp New Cl A (CMCSA) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Conagra Brands Inc (CAG) | B | Dividend | | | Buy | 03/26/19 | K | | |
| 36. | | | | | Sold | 09/30/19 | M | D | |
| 37. ConocoPhillips (COP) | A | Dividend | K | T | | | | | |
| 38. Corteva Inc (CTVA) | | None | | | Spinoff<br>(from line 49) | 06/03/19 | J | | |
| 39. | | | | | Sold | 06/21/19 | J | D | |
| 40. CVS Health Corp (CVS) | B | Dividend | L | T | Buy | 01/24/19 | L | | |
| 41. | | | | | Sold | 05/17/19 | L | | |
| 42. | | | | | Buy<br>(add'l) | 06/21/19 | L | | |
| 43. Dentsply Sirona Inc. (XRAY) | A | Dividend | J | T | | | | | |
| 44. Dominion Resources Inc. Va. New (D) | B | Dividend | K | T | | | | | |
| 45. Dow Inc (DOW) | B | Dividend | K | T | Spinoff<br>(from line 49) | 04/02/19 | K | | |
| 46. | | | | | Buy<br>(add'l) | 05/17/19 | L | | |
| 47. | | | | | Sold<br>(part) | 10/25/19 | K | | |
| 48. Dupont De Nemours Inc (DD) | A | Dividend | K | T | Spinoff<br>(from line 49) | 06/03/19 | K | | |
| 49. DOWDUPONT INC (DWDP) (Y) | | | | | | | | | |
| 50. Ecolab Inc. (ECL) | A | Dividend | L | T | | | | | |
| 51. Exxon Mobil Corp. (XOM) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. General Mills Inc. (GIS) | C | Dividend | M | T | | | | | |
| 53. Genuine Parts Co. (GPC) | A | Dividend | K | T | | | | | |
| 54. Gilead Sciences Inc. (GILD) | A | Dividend | J | T | | | | | |
| 55. Hubbell Inc. Class B (HUBB) | B | Dividend | L | T | | | | | |
| 56. Johnson & Johnson Com. (JNJ) | C | Dividend | M | T | | | | | |
| 57. Koninklijke Philips Electronics NS Spon ADR New | A | Dividend | J | T | | | | | |
| 58. Linde PLC (LIN) | B | Dividend | L | T | | | | | |
| 59. LKQ Corp. New (LKQ) | | None | | | Sold | 06/21/19 | J | | |
| 60. Lockheed Martin Corp (LMT) | B | Dividend | M | T | Buy | 02/04/19 | L | | |
| 61. Lowes Companies Inc. (LOW) | A | Dividend | K | T | | | | | |
| 62. Marsh & McLennan Cos. Inc. (MMC) | B | Dividend | M | T | Sold (part) | 03/26/19 | K | E | |
| 63. Medtronic PLC (MDT) | | None | M | T | Buy | 11/20/19 | M | | |
| 64. Merck & Co. Inc. New Com. (MRK) | C | Dividend | M | T | Sold (part) | 03/26/19 | K | E | |
| 65. Microsoft Corp. (MSFT) | B | Dividend | M | T | Sold (part) | 03/26/19 | K | E | |
| 66. | | | | | Sold (part) | 06/21/19 | K | E | |
| 67. Mondelez Intl Inc. (MDLZ) | B | Dividend | L | T | | | | | |
| 68. Moodys Corp. (MCO) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nestle S A Sponsored ADR (NSRGY) | A | Dividend | L | T | Buy (add'l) | 05/22/19 | K | | |
| 70. Nextera Energy Inc. Com. (NEE) | B | Dividend | L | T | | | | | |
| 71. Nike Inc. Cl. B (NKE) | A | Dividend | K | T | | | | | |
| 72. Norfolk Southern Corp. (NSC) | C | Dividend | M | T | | | | | |
| 73. Oracle Corp. (ORCL) | A | Dividend | | | Sold | 02/14/19 | J | D | |
| 74. Pepsico Inc. (PEP) | B | Dividend | L | T | | | | | |
| 75. Phillips 66 (PSX) | A | Dividend | K | T | | | | | |
| 76. Royal Dutch Shell PLC ADS REPSTG 2 Cl B (RDS.B) | C | Dividend | L | T | | | | | |
| 77. Stanley Black and Decker Inc. Com. (SWK) | A | Dividend | J | T | | | | | |
| 78. Sysco Corp. (SYY) | A | Dividend | K | T | | | | | |
| 79. TE Connectivity Ltd. Chf. (TEL) | A | Dividend | | | Sold | 10/25/19 | J | B | |
| 80. Unilever PLC (UL) | A | Dividend | M | T | Buy | 09/30/19 | M | | |
| 81. Union Pacific Corp. (UNP) | C | Dividend | M | T | | | | | |
| 82. US Bancorp Del (New) (USB) | A | Dividend | J | T | | | | | |
| 83. Verizon Communications (VZ) | B | Dividend | L | T | Buy | 02/14/19 | L | | |
| 84. Visa Inc. Cl A (V) | A | Dividend | L | T | | | | | |
| 85. Walt Disney Co. Com. (DIS) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. 3M Co. (MMM) | C | Dividend | L | T | | | | | |
| 87. ETFMG PRIME CYBER SECURITY ETF (HACK) | A | Dividend | L | T | | | | | |
| 88. Materials Select Sector SPDR Trust ETF (XLB) | A | Dividend | | | Sold | 05/22/19 | L | C | |
| 89. Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | | | Sold | 10/25/19 | J | A | |
| 90. SPDR S&P Biotech ETF (XBI) | A | Dividend | L | T | Buy | 10/25/19 | L | | |
| 91. IRA #3 (H) | | | | | | | | | |
| 92. UBS Bank USA Deposit Account APY (cash) | A | Interest | K | T | | | | | |
| 93. Lord Abbett US Govt Money Mkt Fund (LCCXX) | A | Dividend | K | T | | | | | |
| 94. American Funds, Washington Mutual Investors Fund Cl. A (AWSHX) | C | Dividend | L | T | | | | | |
| 95. Blackrock Equity Dividend Fund A (MDDVX) | C | Dividend | K | T | | | | | |
| 96. Clearbridge Large Cap Growth Fund Cl. A (SBLGX) | B | Dividend | K | T | | | | | |
| 97. Invesco American Franchise Fund Cl. A (VAFAX) | B | Dividend | K | T | | | | | |
| 98. Putnam Growth Opportunities Fund Cl. A (POGAX) | B | Dividend | L | T | | | | | |
| 99. ALLY BANK UT US (cash) | A | Interest | | | Redeemed | 08/19/19 | K | | |
| 100. CAPT ONE NATL A VA US (cash) | A | Interest | K | T | | | | | |
| 101. Bankunited NA Flor FL US CD (cash) | | None | K | T | Buy | 08/21/19 | K | | |
| 102. MORGAN STANLEY PRIV NY US (cash) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Bank Leumi NJ US CD (cash) | | None | K | T | Buy | 05/20/19 | K | | |
| 104.  JPMORGAN CHASE BK DE US (cash) | B | Interest | K | T | Redeemed (part) | 08/14/19 | K | | |
| 105. | | | | | Buy (add'l) | 08/20/19 | K | | |
| 106.  U.S. Treasury Bonds | | None | | | Redeemed | 11/15/19 | K | E | |
| 107.  TINT Treasury | | None | K | T | | | | | |
| 108.  IRA #4 (H) | | | | | | | | | |
| 109.  BLACKROCK HIGH YIELD BOND A (BHYAX) | C | Dividend | L | T | Buy (add'l) | 04/09/19 | J | | |
| 110.  BLACKROCK HIGH YIELD BOND C (BHYCX) | C | Dividend | L | T | Sold (part) | 04/09/19 | J | | |
| 111.  BLACKROCK HIGH YIELD BOND I (BHYIX) | E | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kuntz, William F.** | 03/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 03/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ William F. Kuntz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544